# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>KENNETH ANTHONY WILKINS,<br><br>Defendant. | Case No. 3:15-cr-00078-MMD-WGC-1<br><br>ORDER |

Defendant Kenneth Anthony Wilkins was convicted of one count of possession with intent to distribute a controlled substance (methamphetamine) and sentenced to 60 months in custody and three years of supervised release. (ECF No. 47.) Wilkins commenced supervised release on February 14, 2019. Before the Court is Wilkins' motion for early termination of supervised release ("Motion"). (ECF No. 51.) The Government has not filed a response, and the time for doing so has expired. The Court finds that Wilkins has demonstrated, particularly as he articulated in his letter (ECF No. 51-1), that early termination will allow him to pursue legitimate personal and professional goals and achieve recognition that he has learned from past mistakes.

18 U.S.C. § 3583(e)(1) provides that the court may, after considering the relevant § 3553(a) factors, terminate supervise release at any time after a defendant has completed one year of supervised release. The court must be satisfied that early termination is warranted by the defendant's conduct and the interest of justice. Here, the Court agrees with Wilkins' counsel that termination of release is warranted. While probation reports that Wilkins has only substantially complied with conditions of release, he has demonstrated sincere efforts in achieving recovery and has transition well since he has been on release. The Court finds that the interest of justice is served by granting Wilkins early supervised release.

1  It is therefore ordered that Kenneth Wilkins' motion for early termination of
2  supervised release (ECF No. 51) is granted.

3  DATED THIS 1st day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE